**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

GENERAL FIDELITY INSURANCE
COMPANY

       Plaintiff,

v.

KATHERINE L. FOSTER, an individual;
NORTHSTAR HOLDINGS, INC., a Florida
corporation; NORTHSTAR HOMES, INC., a
Florida corporation; and NORTHSTAR
HOLDINGS AT B & A, LLC, a Florida
corporation

       Defendants.

_____

CASE NO.: 09-cv-80743
JUDGE: K. Michael Moore
MAGISTRATE: Judge Andrea M. Simonton

**DEFENDANT KATHERINE L. FOSTER'S REPLY TO
MEMORANDUM IN OPPOSITION TO MOTION TO STAY**

       Defendant, KATHERINE L. FOSTER, by and through the undersigned counsel, hereby files their Reply to Memorandum in Opposition [D.E. 42] to Motion to Stay [D.E. 34], and in support thereof states as follows:

       1.      Katherine Foster filed her complaint against Northstar in the 15th Judicial Circuit in and for Palm Beach County, Florida (Case No. 50-2009CA14594XXXX MB AB) on April 23, 2009 alleging property damage caused by defective Chinese drywall. Although the damage to the home, its appurtenances, and the Fosters' personal property were self-evident and definitively linked to the drywall installed in the home, the actual science behind the cause of the damage was little understood by anyone.

1

2.      General Fidelity filed its complaint seeking declaratory relief on May 15, 2009 [D.E. 1]. Since the institution of both actions, all cases involving defective Chinese Drywall were consolidated before Judge Eldon Fallon in the Eastern District of Louisiana in MDL 2047 *In re Chinese Drywall Litigation* in July of 2009. Since consolidation, substantial scientific research has been conducted, and continues to be conducted, in both public and private institutions to determine why Chinese manufactured drywall is defective and causes damage to real and personal properties.

3.      Although Plaintiff General Fidelity would have the court believe that the underlying action is a simple matter of applying the law to the allegations within the complaint, in actuality, substantial discovery and scientific research needs to be undertaken and completed to answer many of the questions surrounding CDW, its causes and effects. Without the answer to those questions, the central issue underlying General Fidelity's declaratory action, i.e., whether defective Chinese drywall and the damage it causes constitutes pollution and is consequently subject to the pollution exclusion, cannot be answered.

4.      At present, vast resources are being expended to answer those questions in matters proceeding before Judge Fallon in New Orleans. Judge Fallon has served as finder of fact and law in one trial and presided over a second jury trial in March of this year. He has heard and considered voluminous evidence on the current state of the science on Chinese drywall and therefore has experience beyond that of any other court. Reproducing that evidence and reconsidering it by another court will be time consuming and wasteful.

5. Staying this matter pending the completion of discovery in the MDL, or, in the alternative dismissing the complaint so that Northstar's declaratory action before Judge Fallon might proceed, would best serve notions of judicial efficiency and economy.

WHEREFORE, for the reasons stated herein, Defendant KATHERINE L. FOSTER respectfully requests this Court grant its Motion to Stay [D.E. 34] these proceedings.

Dated: July 11, 2010                               Respectfully submitted,

/s/ Jeremy W. Alters
Jeremy W. Alters, Esquire
(Fla. Bar No. 111790)
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N. E. 2nd Ave., Suite 201
Miami, Florida 33137
Tel. 305-571-8550
Fax 305-571-8558

and

Bruce Steckler
Texas State Bar No. 00785039
Renee Melancon
Texas State Bar No. 24034573; LA #30273
**BARON & BUDD, P.C**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
rmelancon@baronbudd.com
bsteckle@baronbudd.com

**Attorneys for Katherine L. Foster, Defendant**

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified

via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jeremy W. Alters
Jeremy W. Alters, Esquire

**SERVICE LIST**

**GENERAL FIDELITY INSURANCE COMPANY v. KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., a Florida corporation; and NORTHSTAR HOLDINGS at B & A, LLC, a Florida corporation**

**CASE NO. 09-80743-Civ-MOORE**

**United States District Court, Southern District of Florida**

RYAN K. HILTON, ESQ.
Rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorney for Plaintiff, General Fidelity Insurance Company

MICHAEL K. WILSON, P.A.
Mkwilson@broadandcassel.com
BROAD AND CASSEL
390 N. Orange Avenue
Orlando, FL 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorney for Defendants,
Northstar Holdings, Inc.,
Northstar Homes, Inc., and
Northstar Holdings at B & A, LLC