**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

GENERAL FIDELITY INSURANCE
COMPANY

   Plaintiff,

v.

KATHERINE L. FOSTER, an individual;
NORTHSTAR HOLDINGS, INC., a Florida
corporation; NORTHSTAR HOMES, INC., a
Florida corporation; and NORTHSTAR
HOLDINGS AT B & A, LLC, a Florida
corporation

   Defendants.
_____/

CASE NO.: 09-cv-80743
JUDGE: K. Michael Moore
MAGISTRATE: Judge Andrea M. Simonton

**DEFENDANT KATHERINE L. FOSTER'S UNOPPPOSED MOTION FOR EXTENSION
OF TIME TO FILE CASE MANAGEMENT REPORT**

  Defendant Katherine Foster, by and through the undersigned counsel, hereby files this her unopposed Motion for Extension of Time to file Case Management Report, and in support thereof states as follows:

  1. Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Rule 16.1 of the Local Rules of the United States District Court for the Southern District of Florida, the parties conducted a scheduling conference on July 12, 2010.

  2. Since that time, various drafts have been circulated, but agreement as to several important aspects has yet to be reached.

1

3. The deadline for the filing of the Case Management Report is July 26, 2010 and the parties seek a brief two day extension in order to remedy the deficiencies and pursue further agreement if possible.

4. Counsel for all parties have been contacted regarding this request and are in agreement with the requested extension of time.

WHEREFORE, for the reasons stated herein, Defendant Katherine Foster respectfully requests this Court grant its Unopposed Motion for Extension of Time to file Case Management Report up to, and including, July 28, 2010.

Dated: July 26, 2010

Respectfully submitted,

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
**BARON & BUDD, P.C**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
rmelancon@baronbudd.com
bsteckle@baronbudd.com

and

Jeremy W. Alters, Esquire
(Fla. Bar No. 111790)
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N. E. 2nd Ave., Suite 201
Miami, Florida 33137
Tel. 305-571-8550
Fax 305-571-8558

**Attorneys for Katherine L. Foster, Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Robert B. Brown, III
Robert B. Brown, III, Esquire

## SERVICE LIST

**GENERAL FIDELITY INSURANCE COMPANY v. KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., a Florida corporation; and NORTHSTAR HOLDINGS at B & A, LLC, a Florida corporation**

**CASE NO. 09-80743-Civ-MOORE**

**United States District Court, Southern District of Florida**

RYAN K. HILTON, ESQ.
Rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorney for Plaintiff, General Fidelity Insurance Company

MICHAEL K. WILSON, P.A.
Mkwilson@broadandcassel.com
BROAD AND CASSEL
390 N. Orange Avenue
Orlando, FL 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorney for Defendants,
Northstar Holdings, Inc.,
Northstar Homes, Inc., and
Northstar Holdings at B & A, LLC