**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM DIVISION**

GENERAL FIDELITY INSURANCE CO.,

    Plaintiff,

vs.

CASE NO.: 09-80743
JUDGE: K. Michael Moore
MAGISTRATE: Judge Andrea M. Simonton

KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., A Florida corporation; and NORTHSTAR HOLDINGS, AT B & A, LLC, a Florida Corporation,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS EMERGENCY/EXPEDITED MOTION TO COMPEL INITIAL DISCLOSURES OF DEFENDANT KATHERINE L. FOSTER AND FOR SANCTIONS**

Plaintiff, GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY"), by and through its undersigned counsel, notifies this Court that Defendant KATHERINE L. FOSTER filed her Initial Disclosures on February 28, 2011 (dkt # 91). Therefore, GENERAL FIDELITY hereby withdraws its Emergency/Expedited Motion to Compel Initial Disclosures of Defendant Katherine L. Foster and for Sanctions that it filed on February 25, 2011 (dkt # 89).

        Respectfully submitted,

        /s/ Ryan K. Hilton
        R. STEVEN RAWLS, ESQ.
        Florida Bar No.: 938254
        rrawls@butlerpappas.com
        RYAN K. HILTON, ESQ.
        Florida Bar No.: 304610
        rhilton@butlerpappas.com
        ROBERT J. WITMEYER, ESQ.
        Florida Bar No.: 10249
        rwitmeyer@butlerpappas.com
        BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
        777 S. Harbour Island Boulevard
        Suite 500
        Tampa, Florida  33602
        Telephone: (813) 281-1900
        Facsimile:   (813) 281-0900
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ Ryan K. Hilton
        RYAN K. HILTON

## SERVICE LIST

**GENERAL FIDELITY INSURANCE COMPANY v. KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., a Florida corporation; and NORTHSTAR HOLDINGS AT B & A, LLC, a Florida corporation**

**Case No.: 09-80743-Civ-MOORE**

**United States District Court, Southern District of Florida**

MICHAEL K. WILSON, P.A.
mkwilson@broadandcassel.com
BROAD AND CASSEL
390 N. Orange Avenue
Orlando, FL 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorney for Defendants,
Northstar Holdings, Inc.,
Northstar Homes, Inc., and
Northstar Holdings at B & A, LLC

ROBERT B. BROWN, III, ESQ.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Attorneys for Defendant.
Katherine L. Foster

JEREMY W. ALTERS, ESQ.
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
Attorneys for Defendant,
Katherine L. Foster