UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

GENERAL FIDELITY INSURANCE CO.,

   Plaintiff,

vs.

KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., A Florida corporation; and NORTHSTAR HOLDINGS, AT B & A, LLC, a Florida Corporation,

   Defendants.
_____/

CASE NO.: 09-80743
JUDGE: K. Michael Moore
MAGISTRATE: Judge Andrea M. Simonton

**PLAINTIFF'S NOTIFICATION OF NINETY DAYS EXPIRING**

Plaintiff, General Fidelity Insurance Company ("General Fidelity"), files this Notification of Ninety Days Expiring in compliance with Local Rule 7.1(b)(3)(B)(i)-(iv) pursuant to which Plaintiff provides the following information:

1. The title and docket entry number of the subject motion or other application, along with the dates of service and filing:

    *General Fidelity's Motion for Summary Judgment and Memorandum of Law in Support* filed and served on February 24, 2010. (Dkt # 37).

2. The title and docket number of any and all responses or opposing memoranda, along with the dates of service and filing, or if no such papers have been filed, the date on which such papers were due:

    **(1)** ***Defendants Northstar Holdings, Inc., Northstar Homes,***

>   *Inc., and Northstar Holdings at B & A, LLC's Response to Plaintiff, General Fidelity Insurance Company's Motion for Final Summary Judgment and Incorporated Memorandum of Law* filed and served on November 23, 2010. (Dkt. # 67).

    (2) *Defendant Katherine L. Foster's Response in Opposition to Plaintiff's Motion for Summary Judgment* filed and served on November 23, 2010. (Dkt # 68).

    (3) *Defendant Katherine L. Foster's Notice of Filing* and attached *Defendant Katherine L. Foster's Statement of Material Facts in Opposition to Plaintiff's Motion for Summary Judgment* filed and served on November 23, 2010. (Dkt # 69 & 69-1 through 6).

3.  The title and docket entry number of any reply memoranda, or any other papers filed in connection with the motion or other matter, as well as the dates of service and filing;

    (1) *Plaintiff General Fidelity Insurance Company's Reply to Northstar's Response* filed and served on December 2, 2010. (Dkt # 71).

    (2) *Plaintiff General Fidelity Insurance Company's Reply to Katherine Foster's Response* filed and served on December 2, 2010. (Dkt # 72).

4. The date of any hearing held on the motion or other matter.

**Not applicable. The parties did not request oral argument on *General Fidelity's Motion for Summary Judgment and Memorandum of Law in Support*. However, the discovery cutoff is March 14, 2011, and trial is set to begin on May 23, 2011 in this case.**

Respectfully submitted,

/s/ Ryan K. Hilton
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
rrawls@butlerpappas.com
RYAN K. HILTON, ESQ.
Florida Bar No.: 304610
rhilton@butlerpappas.com
ROBERT J. WITMEYER, ESQ.
Florida Bar No.: 10249
rwitmeyer@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard
Suite 500
Tampa, Florida  33602
Telephone: (813) 281-1900
Facsimile:  (813) 281-0900
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.


                                   /s/ Ryan K. Hilton
                                   RYAN K. HILTON

## SERVICE LIST

**GENERAL FIDELITY INSURANCE COMPANY v. KATHERINE L. FOSTER, an individual; NORTHSTAR HOLDINGS, INC., a Florida corporation; NORTHSTAR HOMES, INC., a Florida corporation; and NORTHSTAR HOLDINGS AT B & A, LLC, a Florida corporation**

**Case No.: 09-80743-Civ-MOORE**

**United States District Court, Southern District of Florida**

MICHAEL K. WILSON, P.A.
mkwilson@broadandcassel.com
BROAD AND CASSEL
390 N. Orange Avenue
Orlando, FL 32801
Telephone: (407) 839-4200
Facsimile: (407) 425-8377
Attorney for Defendants,
Northstar Holdings, Inc.,
Northstar Homes, Inc., and
Northstar Holdings at B & A, LLC

ROBERT B. BROWN, III, ESQ.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
Attorneys for Defendant.
Katherine L. Foster

JEREMY W. ALTERS, ESQ.
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
Attorneys for Defendant,
Katherine L. Foster