IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80743-CIV-MOORE/SIMONTON

GENERAL FIDELITY INSURANCE
COMPANY,

      Plaintiff,

vs.

KATHERINE L. FOSTER, et al.,

      Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and upon summary judgment, it is ORDERED and ADJUDGED that a final judgment is entered against Defendants Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B & A, LLC (collectively the "Northstar Defendants") and Defendant Katherine Foster ("Foster") and in favor of Plaintiff General Fidelity Insurance Company.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2011.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record